**IT IS SO ORDERED.**
s/*David A. Ruiz*
U.S. District Judge
4/30/2025

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: The Cornwell Quality Tools Company Data Breach Litigation<br><br>This Document Relates to:<br>All Actions | Case Nos.: 1:23-cv-01786 and 1:23-cv-01887<br><br>Judge David A. Ruiz |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs James Felger and William Hudson, by and through counsel, hereby give notice of voluntary dismissal without prejudice of all claims asserted herein against Defendant in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i). All parties shall bear their own costs.

Dated: April 30, 2025

Respectfully submitted,

/s/ Dylan J. Gould
Terence R. Coates (0085579)
Dylan J. Gould (0097954)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

*Interim Liaison Counsel*

William B. Federman (*pro hac vice*)
**Federman & Sherwood**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405)235-1560
wbf@federmanlaw.com

Philip J. Krzeski (0095713)
**CHESTNUT CAMBRONNE**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401-2138
Phone: (612) 339-7300
pkrzeski@chestnutcambronne.com

*Interim Co-Lead Counsel*

1